| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION | |
| Case number *(if known)* _____   Chapter  **11** | |
| | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Gulf Coast Orthopedic Center Corporation** | |
|---|---|---|---|
| 2. | All other names debtor used in the last 8 years *Include any assumed names, trade names and doing business as names* | DBA  **The Bonati Institute**<br>DBA  **The Bonati Spine Institute** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **59-2157762** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**7315 Hudson Ave.**<br>**Hudson, FL 34667**<br>Number, Street, City, State & ZIP Code<br><br>**Pasco**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor **Gulf Coast Orthopedic Center Corporation** _____   Case number (*if known*) _____
     Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ■ None of the above <br><br> B. *Check all that apply* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. §501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. <br> _____ |
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* <br> ☐ Chapter 7 <br> ☐ Chapter 9 <br> ■ Chapter 11. *Check **all** that apply:* <br>     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that). <br>     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). <br>     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. <br>     ☐ A plan is being filed with this petition. <br>     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). <br>     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. <br>     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. <br> ☐ Chapter 12 |
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** <br> If more than 2 cases, attach a separate list. | ■ No. <br> ☐ Yes. <br><br> District _____ When _____ Case number _____ <br> District _____ When _____ Case number _____ |
| **10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No <br> ■ Yes. |

Debtor **Gulf Coast Orthopedic Center Corporation** _____ Case number (*if known*) _____
     Name

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____ When _____ Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

**■ Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000<br>■ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000<br>☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000     ■ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion |

Debtor **Gulf Coast Orthopedic Center Corporation**     Case number (*if known*)
      Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X /s/ Alfred O. Bonati      **Alfred O. Bonati**
Signature of authorized representative of debtor      Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Harley E. Riedel**      Date **4.1.2025**
Signature of attorney for debtor      MM / DD / YYYY

**Harley E. Riedel**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.**
**Suite 200**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone **(813) 229-0144**      Email address **hriedel@srbp.com**

**183628 FL**
Bar number and State

Official Form 201      Voluntary Petition for Non-Individuals Filing for Bankruptcy      page 4

Debtor **Gulf Coast Orthopedic Center Corporation**  
Name

Case number (*if known*)

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number *(if known)* _____   Chapter **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Alfred O. Bonati** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Division** | When | Case number, if known | |
| Debtor | **All American Holdings, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Division** | When | Case number, if known | |
| Debtor | **Gulfview Aviation, LLC** | | Relationship to you | **Affiliate** |
| District | **Middle District of Florida, Tampa Division** | When | Case number, if known | |

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 5

9G Aviation, LLC
12371 Lear Pl
Port Saint Lucie, FL 34987

A.A.N.O.S.
1524 N. Lake Shore Dr.
Chicago, IL 60610

ADP
P.O. Box 842875
Boston, MA 02284-2875

Aetna
P.O. Box 14079
Lexington, KY 40512

Aetna
DM Trust - Aetna
P.O. Box 639715
Cincinnati, OH 45263

Agiliti Surgical Equipment Repair, Inc.
P.O. Box 856526
Minneapolis, MN 55485-6526

Albert Soft Water, Inc.
906 Live Oak St.
Tarpon Springs, FL 34689

Alert 360
P.O. Box 21031
Tulsa, OK 74121-1031

Alfred O. Bonati Charitable Trust
7315 Hudson Ave.
Hudson, FL 34667

American Medical Imaging, Inc.
1 Centerointe Dr., #200
La Palma, CA 90623

ANG Medical Equipment Services, Inc.
P.O. Box 856526
Minneapolis, MN 55485-6526

Assoc. of American Physicians and
Surgeons, Inc.
1601 N. Tuscan Blvd., #9
Tucson, AZ 85716-3450

```
Astra Neurodiagnostics, LLC
94 S. Highland Ave., Unit 2501
Tarpon Springs, FL 34689

Beach Lake Sprinklers
P.O. Box 412007
Boston, MA 02241-2007

Benetti Marketing, LLC
7315 Hudson Ave.
Hudson, FL 34667

Blue Cross Blue Shield of Florida
P.O. Box 660299
Dallas, TX 75266-0299

Cardinal Health
P.O. Box 70539
Chicago, IL 60673-0539

CentiMark Corporation
P.O. Box 536254
Pittsburgh, PA 15253-5904

Challenger Business Management, LLC
7315 Hudson Ave.
Hudson, FL 34667

Charter Communications
P.O. Box 7186
Pasadena, CA 91109-7186

Charter Communications
P.O. Box 223085
Pittsburgh, PA 15251-2085

Cigna
c/o Cotiviti
66 East Wadsworth Park Dr.
Draper, UT 84020

Contrast Imaging Services
2783 Forest View Dr.
Clearwater, FL 33761

David Hirschauer, DO
9205 Post Rd.
Odessa, FL 33556

David Hirschauer, DO
```

7315 Hudson Ave.
Hudson, FL 34667

Decided Excellance Catholic Media
P.O. Box 1588
Brookfield, WI 53008

Digital X-Ray Imaging, Inc.
P.O. Box 13998
Maumelle, AR 72113

Dr. Alfred O. Bonati
7315 Hudson Ave.
Hudson, FL 34667

Dr. Komelia Teslic
94 S. Highland Ave., Unit 2501
Tarpon Springs, FL 34689

Fabien Sieber
14029 Eastern Phoebe Rd.
Brooksville, FL 34614

FedEx
P.O. Box 660481
Dallas, TX 75266-0481

Florida Blue Overpayment Recovery
Dept. 1213, P.O. Box 121213
Dallas, TX 78312

Florida Department of State
Division of Corporations
P.O. Box 6198
Tallahassee, FL 32314

Florida Fire Door Inspection, Inc.
801 W. River Dr.
Tampa, FL 33617

Florida Medical Association
P.O. Box 2252, Dept. #0098
Birmingham, AL 35246-0098

Florida Medical Association
1430 Piedmont Dr. E.
Tallahassee, FL 32308

Focus Surgical Solutions, LLC
1432 Hurley Pond Lane

Valrico, FL 33596

Gloria Paulina Wacksman
16787 Sanctuary Dr.
Winter Garden, FL 34787

Grail, LLC
Dept LA 25195
Pasadena, CA 91185-5195

HCMA
3001 W. Azeele St
Tampa, FL 33609

Healthcare Systems & Technologies, LLC
P.O. Box 25422
New York, NY 10087-5422

Healthcare Technology Equip Services
7116 Hummingbird Lane
New Port Richey, FL 34655

Hernando Endoscopy and Surgery Center
12180 Cortez Blvd.
Brooksville, FL 34613

Hudson Water Works, Inc.
8724 New York Ave.
Hudson, FL 34667

I'm Free, LLC
dba Air & Gas Sys Specialists
7028 W. Waters Ave.
Tampa, FL 33634

ICS-US Section
1524 N. Lake Shore Dr.
Chicago, IL 60610-1694

iHeartMedia, Inc.
Finance Dept.
P.O. Box 406372
Atlanta, GA 30384-6372

ImageFIRST
P.O. Box 748385
Atlanta, GA 30374-8385

Internal Revenue Service
Centralized Insolvency Operations

P.O. Box 7346
Philadelphia, PA 19101-7346

Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine, IL 60055-0320

Judge Public Relations, LLC
P.O. Box 172128
Tampa, FL 33672

Landauer, Inc.
P.O. Box 809051
Chicago, IL 60680-9051

Laser Connection
P.O. Box 2127
Oldsmar, FL 34677

Lawrence A. LaValley
c/o Yerrid Law Firm
101 E. Kennedy Blvd., 3910
Tampa, FL 33602

Life Safety Services, LLC
908 S. 8th St., #500
Louisville, KY 40203

Linus Alarm Corp.
P.O. Box 5130
Spring Hill, FL 34611

Mary Ann Forman
10 Sutton Dr.
Boynton Beach, FL 33436

Medline Industries, Inc.
Dept. CH 14400
Palatine, IL 60055-4400

Meta Platforms, Inc.
15161 Collections Center Dr.
Chicago, IL 60693

MetLife SBC
P.O. Box 804466
Kansas City, MO 64180-4466

Michael Orseno
c/o Chambers & Nagel, P.C.

818 Elm St.
Winnetka, IL 60093

MSI
P.O. Box 4278
Clearwater, FL 33758

MXR Imaging
P.O. Box 776062
Chicago, IL 60677

MXR Imaging, Inc.
4909 Murphy Canyon Rd., #120
San Diego, CA 92123

NASS
39752 Treasury Center
Chicago, IL 60694-9700

Ni Florida, Inc. - FLHU
P.O. Box 361110
Birmingham, AL 35236-1110

NICA
P.O. Box 14567
Tallahassee, FL 32317-4567

Premier Printing & Signs
6520 Industrial Ave., #1
Port Richey, FL 34668

Purvis Gray
P.O. Box 141270
Gainesville, FL 32614-1882

Republic Services #762
P.O. Box 71068
Charlotte, NC 28272-1068

Salem Media Group, Inc.
1188 Lake View Dr.
Altamonte Springs, FL 32714

Salem Media of Illinois, LLC
Salem Media Group, Inc.
P.O. Box 932029
Atlanta, GA 31193-2029

ServisFirst Bank
4221 W. Boy Scout Blvd., #100

Tampa, FL 33607

Siemens Medical Solutions USA, Inc.
P.O. Box 120001
Dept. 0733
Dallas, TX 75312-0733

Society of Laparoendoscopic Surgeons
P.O. Box 947525
Atlanta, GA 30394-7525

Southern Medical Association
3500 Blue Lake Dr., #360
Birmingham, AL 35243

Southern Orthopedic Association
110 West Rd., #227
Towson, MD 21204

Staples
P.O. Box 105748
Atlanta, GA 30348-5748

Steris Corporation
P.O. Box 676548
Dallas, TX 75267-6548

Stryker Sales Corp.
21343 Network Place
Chicago, IL 60673-1213

Surgical Product Solutions, SPS
P.O. Box 645922
Pittsburgh, PA 15264

Tampa Bay Surgical Center
11811 N. Dale Mabry Hwy.
Tampa, FL 33618

Verizon Wireless
PO. Box 16810
Newark, NJ 07101-6810

Vital Records Control
Dept. 5874
P.O. Box 11407
Birmingham, AL 35246-5874

VVC Holding, LLC
P.O. Box 840952

Dallas, TX 75284-0952

Windstream Communications
P.O. Box 9001013
Louisville, KY 40290-1013

Wolters Kluwer
P.O. Box 1590
Hagerstown, MD 21741-9933

WorldLink
6100 Wilshire Blvd., #1400
Los Angeles, CA 90048