| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gulf Coast Orthopedic Center Corporation** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | **8:25-bk-2068-CPM** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ 5,933,025.55

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. $ 5,933,025.55

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ 7,222,043.91

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ 848,848.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 1,345,172.84

4. **Total liabilities** .....................................................................................
   Lines 2 + 3a + 3b    $ 9,416,064.75

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Gulf Coast Orthopedic Center Corporation** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) | **8:25-bk-2068-CPM** |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Truist Bank** | **Checking** | **8597** | **$4,330.90** |
| 3.2. | **ServisFirst Bank** | **Checking** | **2775** | **$6,574.57** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $10,905.47 |
|---|

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **WREC Deposits** | **$18,729.00** |
|---|---|---|

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor    **Gulf Coast Orthopedic Center Corporation**    Case number *(If known)*  **8:25-bk-2068-CPM**
<br>Name

Description, including name of holder of prepayment

9.  **Total of Part 2.**                                                                                         **$18,729.00**
<br>Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
<br>■ Yes Fill in the information below.

11.    **Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **754,058.08** | - | Unknown | = .... | **$754,058.08** |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | | |
|---|---|---|---|---|---|
| 11b. Over 90 days old: | **3,129,996.89** | - | Unknown | =.... | **$3,129,996.89** |
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**                                                                                       **$3,884,054.97**
<br>Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
<br>☐ Yes Fill in the information below.

---

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
<br>☐ Yes Fill in the information below.

---

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
<br>☐ Yes Fill in the information below.

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
<br>■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Office Furniture and Equipment** | **$0.00** | Book Value | **$45,630.00** |

40.    **Office fixtures**

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number *(If known)* **8:25-bk-2068-CPM** |
|---|---|---|
| | Name | |

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

| Computers | $0.00 | Book Value | $1,970.00 |
|---|---|---|---|

| Software | $0.00 | Book Value | $6,750.00 |
|---|---|---|---|

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.** **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| $54,350.00 |
|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Medical Equipment | $167.34 | Book Value | $28,259.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $28,259.00 |
|---|

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number *(If known)* | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

<br>

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

<br>

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Due from affiliates:**<br>**Benetti Marketing - $187.28**<br>**Challenger Business Management - $255.24**<br>**Medical Development Corp - $1,349,020.78**<br>**Medical Development Corp - $587,263.81** | $1,936,727.11 |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $1,936,727.11 |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **Gulf Coast Orthopedic Center Corporation**                    Case number *(if known)* **8:25-bk-2068-CPM**
          Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,905.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $18,729.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,884,054.97 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $54,350.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $28,259.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,936,727.11 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,933,025.55 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $5,933,025.55 |

---

| Fill in this information to identify the case: |
|---|

Debtor name  **Gulf Coast Orthopedic Center Corporation**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)  **8:25-bk-2068-CPM**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1  **Internal Revenue Service** | | |
|---|---|---|

Creditor's Name

**Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA
19101-7346**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2018**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**Tax Lien - Pasco County**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | **$238,146.91** | **Unknown** |
|---|---|---|

| 2.2  **Lawrence A. LaValley** | | |
|---|---|---|

Creditor's Name

**c/o Yerrid Law Firm
101 E. Kennedy Blvd., 3910
Tampa, FL 33602**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Last 4 digits of account number

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**
**Judgment Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

| | **$195,000.00** | **Unknown** |
|---|---|---|

| | |
|---|---|
| Debtor **Gulf Coast Orthopedic Center Corporation** | Case number (if known) **8:25-bk-2068-CPM** |
| Name | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **ServisFirst Bank** | Describe debtor's property that is subject to a lien | $6,728,897.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**4221 W. Boy Scout Blvd., #100**
**Tampa, FL 33607**
Creditor's mailing address

Describe the lien
**Security Interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Tampa Bay Surgical Center** | Describe debtor's property that is subject to a lien | $60,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **All Assets** | | |

**11811 N. Dale Mabry Hwy.**
**Tampa, FL 33618**
Creditor's mailing address

Describe the lien
**Judgment Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $7,222,043.91 |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (*if known*) | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Gulf Coast Orthopedic Center Corporation**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:25-bk-2068-CPM**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **$848,848.00** | **$848,848.00** |

| | |
|---|---|
| **Internal Revenue Service** | As of the petition filing date, the claim is: |
| **Centralized Insolvency Operations** | *Check all that apply.* |
| **P.O. Box 7346** | ☐ Contingent |
| **Philadelphia, PA 19101-7346** | ☐ Unliquidated |
| | ☐ Disputed |
| Date or dates debt was incurred | Basis for the claim: |
| Last 4 digits of account number | Is the claim subject to offset? |
| Specify Code subsection of PRIORITY | ■ No |
| unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$500.00** |

| | |
|---|---|
| **9G Aviation, LLC** | As of the petition filing date, the claim is: *Check all that apply.* |
| **12371 Lear Pl** | ☐ Contingent |
| **Port Saint Lucie, FL 34987** | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| **3.2** | Nonpriority creditor's name and mailing address | **$2,190.00** |

| | |
|---|---|
| **A.A.N.O.S.** | As of the petition filing date, the claim is: *Check all that apply.* |
| **1524 N. Lake Shore Dr.** | ☐ Contingent |
| **Chicago, IL 60610** | ☐ Unliquidated |
| | ☐ Disputed |
| Date(s) debt was incurred _ | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (if known) | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,333.95 |
|---|---|---|---|
| | ADP<br>P.O. Box 842875<br>Boston, MA 02284-2875 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,228.59 |
|---|---|---|---|
| | Aetna<br>P.O. Box 14079<br>Lexington, KY 40512 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $164.98 |
|---|---|---|---|
| | Aetna<br>DM Trust - Aetna<br>P.O. Box 639715<br>Cincinnati, OH 45263 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,442.43 |
|---|---|---|---|
| | Agiliti Surgical Equipment Repair, Inc.<br>P.O. Box 856526<br>Minneapolis, MN 55485-6526 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,677.76 |
|---|---|---|---|
| | Albert Soft Water, Inc.<br>906 Live Oak St.<br>Tarpon Springs, FL 34689 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,390.90 |
|---|---|---|---|
| | Alert 360<br>P.O. Box 21031<br>Tulsa, OK 74121-1031 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,375.00 |
|---|---|---|---|
| | American Medical Imaging, Inc.<br>1 Centerointe Dr., #200<br>La Palma, CA 90623 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (if known) | **8:25-bk-2068-CPM** |
| --- | --- | --- | --- |
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,956.50 |
| --- | --- | --- | --- |
| | **ANG Medical Equipment Services, Inc.**<br>**P.O. Box 856526**<br>**Minneapolis, MN 55485-6526** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750.00 |
| --- | --- | --- | --- |
| | **Assoc. of American Physicians and**<br>**Surgeons, Inc.**<br>**1601 N. Tuscan Blvd., #9**<br>**Tucson, AZ 85716-3450** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,250.00 |
| --- | --- | --- | --- |
| | **Astra Neurodiagnostics, LLC**<br>**94 S. Highland Ave., Unit 2501**<br>**Tarpon Springs, FL 34689** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
| --- | --- | --- | --- |
| | **Beach Lake Sprinklers**<br>**P.O. Box 412007**<br>**Boston, MA 02241-2007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,810.49 |
| --- | --- | --- | --- |
| | **Benetti Marketing, LLC**<br>**7315 Hudson Ave.**<br>**Hudson, FL 34667** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
| --- | --- | --- | --- |
| | **Betty Jo Dinus & Curtis Benjamin**<br>**c/o J. D. Dowell, Esq.**<br>**Pitisci, Dowell & Markowitz**<br>**101 S. Moody Avenue**<br>**Tampa, FL 33609-3333** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,243.54 |
| --- | --- | --- | --- |
| | **Blue Cross Blue Shield of Florida**<br>**P.O. Box 660299**<br>**Dallas, TX 75266-0299** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (if known) | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address

**Calvin Goggans & Rachel Kabach**
**c/o Saade Law**
**255 Alhambra Cir., Suite 320**
**Miami, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.18** | Nonpriority creditor's name and mailing address

**Cardinal Health**
**P.O. Box 70539**
**Chicago, IL 60673-0539**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,653.30**

---

**3.19** | Nonpriority creditor's name and mailing address

**CentiMark Corporation**
**P.O. Box 536254**
**Pittsburgh, PA 15253-5904**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,189.85**

---

**3.20** | Nonpriority creditor's name and mailing address

**Challenger Business Management, LLC**
**7315 Hudson Ave.**
**Hudson, FL 34667**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.21** | Nonpriority creditor's name and mailing address

**Charter Communications**
**P.O. Box 7186**
**Pasadena, CA 91109-7186**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$117.78**

---

**3.22** | Nonpriority creditor's name and mailing address

**Charter Communications**
**P.O. Box 223085**
**Pittsburgh, PA 15251-2085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,012.06**

---

**3.23** | Nonpriority creditor's name and mailing address

**Christine Sanko**
**7041 Eisenhower St.**
**Brooksville, FL 34613**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (if known) | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address

**Cigna**
**c/o Cotiviti**
**66 East Wadsworth Park Dr.**
**Draper, UT 84020**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$44,215.30

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address

**Contrast Imaging Services**
**2783 Forest View Dr.**
**Clearwater, FL 33761**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$490.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address

**David Hirschauer, DO**
**9205 Post Rd.**
**Odessa, FL 33556**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$655.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address

**David Hirschauer, DO**
**7315 Hudson Ave.**
**Hudson, FL 34667**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$1,969.67

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address

**Decided Excellance Catholic Media**
**P.O. Box 1588**
**Brookfield, WI 53008**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$1,844.52

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address

**Digital X-Ray Imaging, Inc.**
**P.O. Box 13998**
**Maumelle, AR 72113**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$4,375.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address

**Dr. Komelia Teslic**
**94 S. Highland Ave., Unit 2501**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

$250.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Gulf Coast Orthopedic Center Corporation**                    Case number (if known)    **8:25-bk-2068-CPM**
_____
Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $499.08 |
|---|---|---|---|

**Fabien Sieber**
**14029 Eastern Phoebe Rd.**
**Brooksville, FL 34614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.51 |
|---|---|---|---|

**FedEx**
**P.O. Box 660481**
**Dallas, TX 75266-0481**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47,428.14 |
|---|---|---|---|

**Florida Blue Overpayment Recovery**
**Dept. 1213, P.O. Box 121213**
**Dallas, TX 78312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Florida Department of State**
**Division of Corporations**
**P.O. Box 6198**
**Tallahassee, FL 32314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,135.00 |
|---|---|---|---|

**Florida Fire Door Inspection, Inc.**
**801 W. River Dr.**
**Tampa, FL 33617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|

**Florida Medical Association**
**P.O. Box 2252, Dept. #0098**
**Birmingham, AL 35246-0098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**Florida Medical Association**
**1430 Piedmont Dr. E.**
**Tallahassee, FL 32308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (if known) | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $888.30 |
|---|---|---|---|
| | **Focus Surgical Solutions, LLC**<br>**1432 Hurley Pond Lane**<br>**Valrico, FL 33596** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $900.00 |
|---|---|---|---|
| | **Gloria Paulina Wacksman**<br>**16787 Sanctuary Dr.**<br>**Winter Garden, FL 34787** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $949.00 |
|---|---|---|---|
| | **Grail, LLC**<br>**Dept LA 25195**<br>**Pasadena, CA 91185-5195** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|
| | **HCMA**<br>**3001 W. Azeele St**<br>**Tampa, FL 33609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,998.80 |
|---|---|---|---|
| | **Healthcare Systems & Technologies, LLC**<br>**P.O. Box 25422**<br>**New York, NY 10087-5422** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,725.00 |
|---|---|---|---|
| | **Healthcare Technology Equip Services**<br>**7116 Hummingbird Lane**<br>**New Port Richey, FL 34655** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,750.00 |
|---|---|---|---|
| | **Hernando Endoscopy and Surgery Center**<br>**12180 Cortez Blvd.**<br>**Brooksville, FL 34613** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (if known) | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $536.00 |
|---|---|---|---|

**Hudson Water Works, Inc.**
**8724 New York Ave.**
**Hudson, FL 34667**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,009.47 |
|---|---|---|---|

**I'm Free, LLC**
**dba Air & Gas Sys Specialists**
**7028 W. Waters Ave.**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $590.00 |
|---|---|---|---|

**ICS-US Section**
**1524 N. Lake Shore Dr.**
**Chicago, IL 60610-1694**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,018.00 |
|---|---|---|---|

**iHeartMedia, Inc.**
**Finance Dept.**
**P.O. Box 406372**
**Atlanta, GA 30384-6372**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,365.43 |
|---|---|---|---|

**ImageFIRST**
**P.O. Box 748385**
**Atlanta, GA 30374-8385**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,425.35 |
|---|---|---|---|

**Johnson Controls Fire Protection LP**
**Dept. CH 10320**
**Palatine, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Johnson Controls Fire Protection LP**
**c/o Marcadis Singer, P.A.**
**5104 S. Westshore Blvd.**
**Tampa, FL 33611**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

**Basis for the claim:** For noticing purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (if known) | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |
|---|---|---|---|

**Judge Public Relations, LLC**
P.O. Box 172128
Tampa, FL 33672

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170,000.00 |
|---|---|---|---|

**Lamark Media Group,. LLC**
5901 Broken Sound Parkway NW
Suite 450
Boca Raton, FL 33487

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Judgment 2019__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,323.44 |
|---|---|---|---|

**Landauer, Inc.**
P.O. Box 809051
Chicago, IL 60680-9051

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.00 |
|---|---|---|---|

**Laser Connection**
P.O. Box 2127
Oldsmar, FL 34677

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,390.41 |
|---|---|---|---|

**Life Safety Services, LLC**
908 S. 8th St., #500
Louisville, KY 40203

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $666.53 |
|---|---|---|---|

**Linus Alarm Corp.**
P.O. Box 5130
Spring Hill, FL 34611

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Manfred and Elke Diefenbach**
c/o Brandon J. Broderick, Esq.
7381 114th St., #403C
Pinellas Park, FL 33782

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (if known) | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

---

**3.59** | Nonpriority creditor's name and mailing address

**Mark Blackson**
c/o Wil H. Florin, Esq.
Florin & Roebig, P.A.
777 Alderman Rd.
Palm Harbor, FL 34683

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address

**Mary Ann Forman**
10 Sutton Dr.
Boynton Beach, FL 33436

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$22,600.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address

**Medical Development Corporation of
Pasco County**
7315 Hudson Ave.
Hudson, FL 34667

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address

**Medline Industries, Inc.**
Dept. CH 14400
Palatine, IL 60055-4400

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$20,613.16**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address

**Meta Platforms, Inc.**
15161 Collections Center Dr.
Chicago, IL 60693

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$98,286.28**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address

**MetLife SBC**
P.O. Box 804466
Kansas City, MO 64180-4466

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$2,500.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address

**Michael Orseno**
c/o Chambers & Nagel, P.C.
818 Elm St.
Winnetka, IL 60093

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **$24,661.06**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (if known) | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,017.43 |
|---|---|---|---|

**MSI**
P.O. Box 4278
Clearwater, FL 33758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $94,844.02 |
|---|---|---|---|

**MXR Imaging**
P.O. Box 776062
Chicago, IL 60677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,685.25 |
|---|---|---|---|

**MXR Imaging, Inc.**
4909 Murphy Canyon Rd., #120
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $355.00 |
|---|---|---|---|

**NASS**
39752 Treasury Center
Chicago, IL 60694-9700

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,461.00 |
|---|---|---|---|

**Ni Florida, Inc. - FLHU**
P.O. Box 361110
Birmingham, AL 35236-1110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**NICA**
P.O. Box 14567
Tallahassee, FL 32317-4567

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paula & Stephen Montroy**
c/o Steven Vanier, Esq.
Poissant, Nichols, Grue, Vanier
31 Elm Street, Suite 2
Malone, NY 12953

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (if known) | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Peter Engasser**
**c/o Eric P. Czelusta, Esq.**
**Carpenter & Czelusta**
**3411 Alternate 19, Suite A**
**Palm Harbor, FL 34683**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$57.03** |
|---|---|---|---|

**Premier Printing & Signs**
**6520 Industrial Ave., #1**
**Port Richey, FL 34668**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$707.65** |
|---|---|---|---|

**Premier Printing & Signs**
**6520 Industrial Ave., #1**
**Port Richey, FL 34668**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$75,000.00** |
|---|---|---|---|

**Purvis Gray**
**P.O. Box 141270**
**Gainesville, FL 32614-1882**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$445.99** |
|---|---|---|---|

**Republic Services #762**
**P.O. Box 71068**
**Charlotte, NC 28272-1068**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ronald & Mary Venters**
**c/o Wil H. Florin, Esq.**
**Florin & Roebig, P.A.**
**777 Alderman Road**
**Palm Harbor, FL 34683**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,422.50** |
|---|---|---|---|

**Salem Media Group, Inc.**
**1188 Lake View Dr.**
**Altamonte Springs, FL 32714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (if known) | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,455.00** |
|---|---|---|---|
| | **Salem Media of Illinois, LLC**<br>**Salem Media Group, Inc.**<br>P.O. Box 932029<br>Atlanta, GA 31193-2029 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80,721.63** |
|---|---|---|---|
| | **Siemens Medical Solutions USA, Inc.**<br>P.O. Box 120001<br>Dept. 0733<br>Dallas, TX 75312-0733 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.00** |
|---|---|---|---|
| | **Society of Laparoendoscopic Surgeons**<br>P.O. Box 947525<br>Atlanta, GA 30394-7525 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$320.00** |
|---|---|---|---|
| | **Southern Medical Association**<br>3500 Blue Lake Dr., #360<br>Birmingham, AL 35243 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$520.00** |
|---|---|---|---|
| | **Southern Orthopedic Association**<br>110 West Rd., #227<br>Towson, MD 21204 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,779.99** |
|---|---|---|---|
| | **Staples**<br>P.O. Box 105748<br>Atlanta, GA 30348-5748 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,510.82** |
|---|---|---|---|
| | **Steris Corporation**<br>P.O. Box 676548<br>Dallas, TX 75267-6548 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (if known) | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

---

**3.87** | Nonpriority creditor's name and mailing address

**Stryker Sales Corp.**
**21343 Network Place**
**Chicago, IL 60673-1213**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$134,215.50**

---

**3.88** | Nonpriority creditor's name and mailing address

**Surgical Product Solutions, SPS**
**P.O. Box 645922**
**Pittsburgh, PA 15264**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,167.80**

---

**3.89** | Nonpriority creditor's name and mailing address

**Timothy Turner**
**c/o Wil H. Florin, Esq.**
**Florin & Roebig, P.A.**
**777 Alderman Road**
**Palm Harbor, FL 34683**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.90** | Nonpriority creditor's name and mailing address

**Verizon Wireless**
**PO. Box 16810**
**Newark, NJ 07101-6810**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Nurse Call/Facebook__

Is the claim subject to offset? ■ No  ☐ Yes

**$193.67**

---

**3.91** | Nonpriority creditor's name and mailing address

**Vital Records Control**
**Dept. 5874**
**P.O. Box 11407**
**Birmingham, AL 35246-5874**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,233.99**

---

**3.92** | Nonpriority creditor's name and mailing address

**VVC Holding, LLC**
**P.O. Box 840952**
**Dallas, TX 75284-0952**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$56,799.68**

---

**3.93** | Nonpriority creditor's name and mailing address

**Windstream Communications**
**P.O. Box 9001013**
**Louisville, KY 40290-1013**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$22,937.31**

---

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number (if known) | **8:25-bk-2068-CPM** |
|---|---|---|---|
| | Name | | |

**3.94** Nonpriority creditor's name and mailing address

**Wolters Kluwer**
P.O. Box 1590
Hagerstown, MD 21741-9933

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$383.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**3.95** Nonpriority creditor's name and mailing address

**WorldLink**
6100 Wilshire Blvd., #1400
Los Angeles, CA 90048

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **$35,590.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 848,848.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,345,172.84 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,194,020.84 |

**Fill in this information to identify the case:**

Debtor name        **Gulf Coast Orthopedic Center Corporation**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:25-bk-2068-CPM**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest    **Management Agreement** | |
| State the term remaining | |
| List the contract number of any government contract | **Challenger Business Management, LLC** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest    **Lease Agreement for 7315 Hudson Ave** | |
| State the term remaining | **Medical Development Corporation of Pasco County** |
| List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|
| Debtor name **Gulf Coast Orthopedic Center Corporation** |
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION |
| Case number (if known) **8:25-bk-2068-CPM** |

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Albert O. Bonati** | | **Calvin Goggans & Rachel Kabach** | ☐ D _____<br>■ E/F ___3.17___<br>☐ G _____ |
| 2.2 | **Albert O. Bonati** | | **Mark Blackson** | ☐ D _____<br>■ E/F ___3.59___<br>☐ G _____ |
| 2.3 | **Albert O. Bonati** | | **Paula & Stephen Montroy** | ☐ D _____<br>■ E/F ___3.72___<br>☐ G _____ |
| 2.4 | **Albert O. Bonati** | | **Peter Engasser** | ☐ D _____<br>■ E/F ___3.73___<br>☐ G _____ |
| 2.5 | **Albert O. Bonati** | | **Ronald & Mary Venters** | ☐ D _____<br>■ E/F ___3.78___<br>☐ G _____ |

Debtor    **Gulf Coast Orthopedic Center Corporation**          Case number *(if known)*    **8:25-bk-2068-CPM**

███  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.6 | **Albert O. Bonati** | | **Timothy Turner** | ☐ D _____<br>■ E/F __3.89__<br>☐ G _____ |
| 2.7 | **Albert O. Bonati** | | **Manfred and Elke Diefenbach** | ☐ D _____<br>■ E/F __3.58__<br>☐ G _____ |
| 2.8 | **Alfred O. Bonati** | 7315 Hudson Ave.<br>Hudson, FL 34667 | **Lawrence A. LaValley** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Alfred O. Bonati** | 7315 Hudson Ave.<br>Hudson, FL 34667 | **ServisFirst Bank** | ■ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Medical Development Corp of Pasco County** | 7315 Hudson Ave.<br>Hudson, FL 34667 | **Lawrence A. LaValley** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Robert P. Uteg** | | **Lawrence A. LaValley** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Gulf Coast Orthopedic Center Corporation**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)    **8:25-bk-2068-CPM**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/25/25        X _____
                             Signature of individual signing on behalf of debtor

                             **Alfred O. Bonati**
                             Printed name

                             **President**
                             Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name   **Gulf Coast Orthopedic Center Corporation**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)   **8:25-bk-2068-CPM**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                     04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ☐ Operating a business<br>■ Other   **Gross Revenues/Sales** | **$740,151.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ☐ Operating a business<br>■ Other   **Gross Revenues/Sales** | **$3,858,936.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ☐ Operating a business<br>■ Other   **Gross Revenues/Sales** | **$5,623,360.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | **Other Income** | **$41,664.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | **Interest and Other Inome** | **$33,546.00** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Gulf Coast Orthopedic Center Corporation | Case number *(if known)* | 8:25-bk-2068-CPM |
| --- | --- | --- | --- |

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
| --- | --- | --- | --- |
| 3.1. **See attachment** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
| --- | --- | --- | --- |
| 4.1. **See attachment** | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
| --- | --- | --- | --- |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1. **See attachment** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number *(if known)* | **8:25-bk-2068-CPM** |
|---|---|---|---|

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10.  All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

## Part 6:    Certain Payments or Transfers

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stichter, Riedel, Blain & Postler, P.A.**<br>**110 E. Madison St.**<br>**Suite 200**<br>**Tampa, FL 33602** | **Attorney Fees - aggregate amount received on account of Debtor and related Debtors** | **January 6, 2025**<br>**March 18, 2025** | **$100,000.00** |
| | Email or website address<br>**hriedel@srbp.com** | | | |
| | Who made the payment, if not debtor?<br>**Dr. Alfred O. Bonati** | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13.  **Transfers not already listed on this statement**
     List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number *(if known)* | **8:25-bk-2068-CPM** |
|---|---|---|---|

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

__Birth dates, social security numbers, health insurance__

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None.

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

| Debtor | Gulf Coast Orthopedic Center Corporation | Case number *(if known)* | 8:25-bk-2068-CPM |
|---|---|---|---|

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **5**

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number *(if known)* | **8:25-bk-2068-CPM** |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service
From-To |
|---|---|---|
| 26a.1. | **Purvis,. Gray & Company, LLP
1408 N. Westshore Blvd., #502
Tampa, FL 33607** | **Currenrt** |
| 26a.2. | **Susan Slade
7315 Hudson Ave.
Hudson, FL 34667** | **Current** |
| 26a.3. | **Joan Harrison
7315 Hudson Ave.
Hudson, FL 34667** | **Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Purvis,. Gray & Company, LLP
1408 N. Westshore Blvd., #502
Tampa, FL 33607** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Gulf Coast Orthopedic Center Corporation** | Case number *(if known)* | **8:25-bk-2068-CPM** |
|---|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alfred O. Bonati Charitable Trust** | **7315 Hudson Ave. Hudson, FL 34667** | **Shareholder** | **30%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Dr. Alfred O. Bonati** | **7315 Hudson Ave. Hudson, FL 34667** | **Shareholder and President** | **70%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Fill in this information to identify the case:**

Debtor name   **Gulf Coast Orthopedic Center Corporation**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Case number (if known)   **8:25-bk-2068-CPM**

☐ Check if this is an amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 14:    Signature and Declaration**

> **WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/25/25

Signature of individual signing on behalf of the debtor

**Alfred O. Bonati**
Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

---

# Gulf Coast Orthopedic Center Corp.
## Check Register - Operating - Servis1st
### For the Period From Jan 1, 2025 to Mar 31, 2025

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 1.3.24 TR | 1/3/25 | Challenger Business Management, LLC | 3,400.00 |
| 1.7.24 TR | 1/7/25 | Challenger Business Management, LLC | 45,000.00 |
| 1.8.24 TR | 1/8/25 | Challenger Business Management, LLC | 27,700.00 |
| 1.10.25 TR | 1/10/25 | Med. Dev. Corp. (Hudson Rent) | 19,415.03 |
| 431 | 1/10/25 | Astra Neurodiagnostics, LLC | 8,850.00 |
| 432 (ACH) | 1/13/25 | Agency for Health Care Administration | 2,300.18 |
| 1.13.25 TR 1 | 1/13/25 | Challenger Business Management, LLC | 11,000.00 |
| 1.14.25 TR 1 | 1/14/25 | Challenger Business Management, LLC | 1,700.00 |
| 431V | 1/15/25 | Astra Neurodiagnostics, LLC | -8,850.00 |
| 433 | 1/15/25 | Astra Neurodiagnostics, LLC | 4,425.00 |
| 1.15.24 TR | 1/15/25 | Challenger Business Management, LLC | 8,100.00 |
| 1.17.25 (ACH) | 1/17/25 | State of Florida (Year 2024/ RT6) | 385.48 |
| 434 | 1/20/25 | Astra Neurodiagnostics, LLC | 4,425.00 |
| 1.21.25 TR | 1/21/25 | Challenger Business Management, LLC | 5,300.00 |
| 1.21.25 TR2 | 1/21/25 | Challenger Business Management, LLC | 1,600.00 |
| 1.23.25 TR | 1/23/25 | American Medical Care | 2,578.26 |
| 1.23.26 TR | 1/23/25 | Challenger Business Management, LLC | 15,000.00 |
| 1.23.24 TR | 1/23/25 | Challenger Business Management, LLC | 400.00 |
| 435 | 1/28/25 | Verizon Wireless | 192.94 |
| 1.28.25 TR 1 | 1/28/25 | Benetti Marketing, LLC | 50,000.00 |
| 1.28.25 TR 2 | 1/28/25 | Challenger Business Management, LLC | 10,000.00 |
| 1.29.25 TR 1 | 1/29/25 | Challenger Business Management, LLC | 33,000.00 |
| 1.30.25 TR | 1/30/25 | Challenger Business Management, LLC | 800.00 |
| 436 | 1/31/25 | Digital X-Ray Imaging Inc. | 1,312.50 |
| 437 (ACH) | 1/31/25 | ImageFIRST | 1,366.07 |
| 2.6.25 TR | 2/6/25 | Challenger Business Management, LLC | 55,000.00 |
| 2.6.25 TR | 2/6/25 | Med. Dev. Corp. (Hudson Rent) | 12,800.00 |
| 2.6.26 TR2 | 2/6/25 | Challenger Business Management, LLC | 3,550.00 |
| 2.7.25 TR 1 | 2/7/25 | Benetti Marketing, LLC | 5,500.00 |
| 439 | 2/11/25 | Astra Neurodiagnostics, LLC | 8,150.00 |
| 2.12.25 TR 1 | 2/12/25 | Challenger Business Management, LLC | 21,500.00 |
| 2.12.25 TR 2 | 2/12/25 | Benetti Marketing, LLC | 3,400.00 |
| 2.13.25 AR | 2/13/25 | Challenger Business Management, LLC | 25,000.00 |

# Gulf Coast Orthopedic Center Corp.
## Check Register - Operating - Servis1st
### For the Period From Jan 1, 2025 to Mar 31, 2025

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 440 (ACH) | 2/17/25 | Agency for Health Care Administration | 500.18 |
| 2.20.25.TR | 2/20/25 | Challenger Business Management, LLC | 3,500.00 |
| 2.25.25 TR | 2/25/25 | Challenger Business Management, LLC | 60,000.00 |
| 2.26.25 TR | 2/26/25 | Benetti Marketing, LLC | 2,500.00 |
| 3.3.25 TR | 3/3/25 | Benetti Marketing, LLC | 6,000.00 |
| 3.4.25 TR 1 | 3/4/25 | Benetti Marketing, LLC | 29,700.00 |
| 3.4.25 TR 2 | 3/4/25 | Challenger Business Management, LLC | 30,000.00 |
| 3.5.25 TR | 3/5/25 | Benetti Marketing, LLC | 20,700.00 |
| 3.7.25 (ACH) | 3/7/25 | State of Florida (Year 2025:  RT6) | 2,320.31 |
| 3.7.25 TR | 3/7/25 | Challenger Business Management, LLC | 20,000.00 |
| 3.11.25 TR | 3/11/25 | Med. Dev. Corp. (Hudson Rent) | 5,000.00 |
| 3.12.25 TR 1 | 3/12/25 | Benetti Marketing LLC | 28,503.16 |
| 3.12.25 TR 2 | 3/12/25 | Med. Dev. Corp. (Hudson Rent) | 14,000.00 |
| 3.14.25 TR | 3/14/25 | Challenger Business Management, LLC | 6,500.00 |
| 3.17.25 TR | 3/17/25 | Challenger Business Management, LLC | 30,000.00 |
| 441 | 3/18/25 | Verizon Wireless | 185.37 |
| 442 (ACH) | 3/18/25 | ImageFIRST | 1,461.05 |
| 3.18.25 TR 1 | 3/18/25 | Med. Dev. Corp. (Hudson Rent) | 7,030.06 |
| 3.18.25 TR 2 | 3/18/25 | Challenger Business Management, LLC | 26,000.00 |
| 3.19.25 TR | 3/19/25 | Challenger Business Management, LLC | 26,000.00 |
| 3.25.25 TR 1 | 3/25/25 | Challenger Business Management, LLC | 7,400.00 |
| 3.25.25 TR 2 | 3/25/25 | Challenger Business Management, LLC | 13,001.92 |
| 3.26.25 TR | 3/26/25 | Benetti Marketing, LLC | 1,200.00 |
| 3.27.25 TR | 3/27/25 | Benetti Marketing, LLC | 32,000.00 |
| 443 | 3/31/25 | Digital X-Ray Imaging Inc. | 1,750.00 |
| 444 | 3/31/25 | Verizon Wireless | 193.67 |
| Total | | | 759,746.18 |

# Gulf Coast Orthopedic Center Corp.
## Check Register - Operating - TRUIST
### For the Period From Jan 1, 2025 to Mar 31, 2025

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 1.7.25 (ACH) | 1/7/25 | Microsoft | -489.60 |
| 1.9.25 (ACH) | 1/9/25 | Amazon Web | 28.18 |
| 1.13.25 TR 2 | 1/13/25 | Medical Development Corp. | 700.00 |
| 1.15.25 (ACH) | 1/15/25 | Hootsuite | 149.00 |
| 1.20.25 (ACH) | 1/20/25 | Microsoft | 489.60 |
| 1.23.25 (ACH) | 1/23/25 | Pless Law Firm | 330.00 |
| 1.29.25 (ACH) | 1/29/25 | RUMBLE | 500.00 |
| 1.29.25 TR 2 | 1/29/25 | Medical Development Corp. | 400.00 |
| 1.30.25 (VISA) | 1/30/25 | X (TWITTER) | 1,400.00 |
| 1.30.25 (Visa) | 1/30/25 | MSFT - Microsoft | 12.50 |
| 1.30.25 (VISA) | 1/30/25 | X (TWITTER) | 32.00 |
| 1.31.25 (Visa) | 1/31/25 | West Coast Medical | 73.83 |
| 1020 | 2/4/25 | Benetti Marketing, LLC | 10,000.00 |
| 2.5.25 (ACH) #2 | 2/5/25 | RUMBLE | 500.00 |
| 2.5.25 (ACH) #3 | 2/5/25 | TV Startup | 13.71 |
| 2.5.25 (ACH) #4 | 2/5/25 | Meta (Facebook) | 2.00 |
| 2.5.25 (ACH) #5 | 2/5/25 | Meta (Facebook) | 2.00 |
| 2.5.25 (ACH) #6 | 2/5/25 | Meta (Facebook) | 1.34 |
| 2.5.25 (ACH) #7 | 2/5/25 | Meta (Facebook) | 2.00 |
| 2.5.25 (ACH) #8 | 2/5/25 | Meta (Facebook) | 3.00 |
| 2.5.25 (ACH) #9 | 2/5/25 | Meta (Facebook) | 5.00 |
| 2.4.25 (ACH) #10 | 2/5/25 | Meta (Facebook) | 5.00 |
| 2.4.25 (ACH) #11 | 2/5/25 | Meta (Facebook) | 8.00 |
| 2.4.25 (ACH) #12 | 2/5/25 | Meta (Facebook) | 12.00 |
| 1021 (ACH) | 2/6/25 | TV Startup | 1,249.00 |
| 438 (ACH - Truist) | 2/6/25 | Clinically Speaking | 700.00 |
| 2.6.25 (ACH) | 2/6/25 | Meta (Facebook) | 36.00 |
| 2.6.26 (ACH) | 2/6/25 | X (TWITTER) | -1,400.00 |
| 2.7.25 (Visa) | 2/7/25 | MSFT - Microsoft | 429.00 |
| 2.11.25 (ACH) | 2/11/25 | X (TWITTER) | 50.83 |
| 2.11.25 (ACH) | 2/11/25 | X (TWITTER) | 2,000.00 |
| 2.11.25 (ACH) | 2/11/25 | RUMBLE | 200.00 |
| 2.12.25 (Visa) | 2/12/25 | Amazon Web | 28.40 |

# Gulf Coast Orthopedic Center Corp.
## Check Register - Operating - TRUIST
For the Period From Jan 1, 2025 to Mar 31, 2025

| Check # | Date | Payee | Amount |
|---|---|---|---|
| 1022 | 2/13/25 | Challenger Business Management, LLC | 10,000.00 |
| 2.14.25 (ACH) | 2/14/25 | Hootsuite | 149.00 |
| 1023 | 2/17/25 | Benetti Marketing, LLC | 10,000.00 |
| 1024 (ACH) | 2/20/25 | TV Startup | 2,000.00 |
| 1025 | 2/20/25 | Benetti Marketing, LLC | 3,000.00 |
| 3.3.25 (ACH) | 3/3/25 | MSFT - Microsoft | 489.60 |
| 3.4.25 (ACH) | 3/4/25 | MSFT - Microsoft | 429.00 |
| 3.4.25 ACH | 3/4/25 | Meta (Facebook) | 17.01 |
| 3.6.25 (ACH) | 3/6/25 | Checks for Less | 101.62 |
| 3.7.25 (ACH) | 3/7/25 | TV Startup | 1,262.71 |
| 3.7.25 (ACH) | 3/7/25 | Staples Advantage | 107.95 |
| 3.11.25 ACH | 3/11/25 | Meares Plumbing Electrical | 695.00 |
| 3.12.25 (ACH) | 3/12/25 | Amazon Web | 27.61 |
| 3.14.25 (ACH) | 3/14/25 | Hootsuite | 149.00 |
| 3.17.25 (ACH) | 3/17/25 | MSFT - Microsoft | 429.00 |
| 3.17.25 ACH #1 | 3/18/25 | TV Startup | 0.31 |
| 3.17.25 ACH #2 | 3/18/25 | TV Startup | 0.24 |
| 3.20.25 (ACH) | 3/20/25 | MSFT - Microsoft | 489.60 |
| 3.21.25 (ACH) | 3/21/25 | MSFT - Microsoft | 12.50 |
| 3.21.25 (ACH) | 3/21/25 | Sunshine Chillers Service, Inc. | 444.89 |
| 3.21.25 (ACH) | 3/21/25 | Pless Law Firm | 300.00 |
| 3.21.25 (ACH) | 3/21/25 | Meta (Facebook) | 20.00 |
| 3.24.25 (ACH) | 3/24/25 | Staples | 207.44 |
| 3.25.25 (ACH) | 3/25/25 | Staples | 125.07 |
| 3.25.25 (ACH) | 3/26/25 | Meta (Facebook) | 4.02 |
| 3.26.25 (ACH) | 3/26/25 | Staples | 256.24 |
| 1028 | 3/27/25 | Benetti Marketing, LLC | 4,000.00 |
| 3.30.25 (ACH) | 3/30/25 | TV Startup | 13.71 |
| Total | | | 52,204.31 |

In re    **Gulf Coast Orthopedic Center Corporation**                    Case No.    **8:25-bk-2068-CPM**
                                        Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS
### No. 4 - Payments to Insiders

| | | |
|---|---|---|
| Medical Development Corporation | Rent Payments | 244,780.36 |
| American Medical Care Inc | Conveyance - Transfer of AR funds on patient accounts | 23,181.87 |
| Benetti Marketing LLC | Marketing expenses | 849,650.00 |
| Benetti Marketing LLC | Loan | 28,567.08 |
| Challenger Busienss Management LLC | Loans Pmts - Payroll, Health Ins, Misc | 1,426,665.92 |
| Challenger Busienss Management LLC | Management fees | 563,470.00 |
| Medical Development Corporation | Loan | 135,700.00 |
| Alfred O Bonati | Interest Pmt | 1,966.00 |
| Alfred O Bonati | Loan Repayment | 300,000.00 |

In re    **Gulf Coast Orthopedic Center Corporation**                              Case No.    **8:25-bk-2068-CPM**
                                              Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS
### No. 9

| **Plaintiff** | **Named Defendants** | **Case No.** | **Court** |
|---|---|---|---|
| **Goggans, Calvin** | Alfred O. Bonati, MD | 2023-CA-000251 | Pasco County Circuit Court |
| | David Scott, MD Gulf Coast Orthopedic Center Corporation | | |
| | Medical Development Corporation of Pasco County | | |
| **Sanko, Christine** | Miguel Lis-Planells, MD | 2021-CI-2651 | Pinellas County Circuit Court |
| | Alfred O. Bonati, M.D, David Scott, MD The Bonati Institute | | |
| | Medical Development Corporation of Pasco County | | |
| **Dinius, Betsy Jo and Curtis Benjamin** | Miguel Lis-Planells, MD | 2020-CA-00879 | Pasco County Circuit Court |
| | Gulf Coast Orthopedic Center Corporation Medical Dvelopment Corporation of Pasco County | | |
| **Venters, Ronald and Mary Venters** | Alfred O. Bonati, MD | 20-001691-CI | Pinellas County Circuit Court |
| | Peter J. Godleski, MD (No longer employed) Gulf Coast Orthopedic Center Corporation | | |
| **Turner, Timothy** | Alfred Bonati, MD | 18-007162-CI | Pinellas County Circuit Court |
| | Dennis Jones MD | | |

Gulf Coast Orthopedic Center
Corporation d/b/a The Bonati Institute

| **Blackson, Mark** | Robert Uteg, MD | 18-001405-CI | Pinellas County Circuit Court |
| | Alfred Bonati, MD Gulf Coast Orthopedic Center Corporation d/b/a The Bonati Institute | | |

### Collection Cases/Settlement Cases

| Johnson Controls Fire Protection | Gulf Coast Orthopedic Center Corporation dba The Bonati Institute | 2025CC001603 | Pasco County Circuit Court |
| LaValley, Lawrence | Alfred O. Bonati, MS | 2018-CA-002665 | Pasco County Circuit Court |
| | Gulf Coast Orthopedic Center Corporation | | |
| | Medical Development Corporation of Pasco County | | |
| Seacoast National Bank | Gulfview Aviation, LLC | 8:23-cv-01601 | Middle District of Florida, Tampa Division |
| | All American Holdings, LLC Alfred O. Bonati MD | | |
| Alfred O. Bonati, MD and Gulf Coast Orthopedic Center Corporation dba The Bonati Spine Institute v. | Ara Deukmedjian, MD and Millennium Medical Management, LLC dba Deuk Spine Institute | 2023-CA-13638-O | Orange County Circuit Court |